UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.D.,

Plaintiff,

v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

Defendants.

Case No.  26-cv-01864-TLT

**JUDICIAL REFERRAL FOR THE
PURPOSES OF DETERMINING
RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, 4:22-cv-05137-YGR or *California Coalition for Women Prisoners et al v. United States of America Federal Bureau of Prisons et al*, 4:23-cv-04155-YGR.

**IT IS SO ORDERED.**

Dated: March 4, 2026

_____
TRINA L. THOMPSON
United States District Judge